IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § | |
| Plaintiff, | § | CIVIL ACTION |
| v. | § § | FILE NO. MJG-98-3246 |
| BROWNING-FERRIS, INC., | § § § | |
| Defendant. | § § § § | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of this Court, Christopher G. Bell, a member of the Bar of this Court, moves the admission of David L. Gordon to appear pro hac vice in the captioned proceeding as counsel for Defendant Browning-Ferris, Inc.

Movant and the proposed admittee respectfully certify as follows:

1.

The proposed admittee, David L. Gordon, is a member in good standing of the bar of the state of Georgia and/or the following United States courts: the Supreme Court of Georgia, the United States District Courts for the Southern and Northern Districts of Georgia, the Eleventh Circuit Court of Appeals, and the United States Supreme Court.

2.

During the past twelve (12) months immediately preceding the filing of this motion, the proposed admittee has not been admitted pro hac vice in this Court.

3.

The proposed admittee has never been disbarred, suspended, or denied admission to practice.

4.

The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5.

Co-counsel for the proposed admittee in this proceeding will be the undersigned Christopher G. Bell, who has been formally admitted to the bar of this Court.

6.

It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted this 21st day of _December_, 2000.

**MOVANT**

JACKSON, LEWIS, SCHNITZLER & KRUPMAN
150 Fifth Street Towers, Suite 2800
Minneapolis, Minnesota 55402
T: 612-341-8131
F: 612-341-0609

By: _____
Christopher G. Bell
Fed. Bar No. 12407


**PROPOSED ADMITTEE:**

JACKSON, LEWIS, SCHNITZLER & KRUPMAN
1900 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303-1226
T: 404-525-8200
F: 404-525-1173

By: _____
David L. Gordon
Georgia Bar No. 301976

ATTORNEYS FOR DEFENDANT


Approved this 2nd day of January, 2001

_____
Marvin J. Garbis
United States District Judge

3