

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § | CIVIL ACTION |
| v. | § § | FILE NO. MJG-98-3246 |
| BROWNING-FERRIS, INC., | § § | |
| Defendant. | § § § | |

## CONSENT ORDER

Discovery in this case is scheduled to expire on September 28, 2001. The parties have only two depositions (of non-party witnesses) that remain to be taken. Those depositions were scheduled for September 12 and 13, 2001 in Baltimore. Counsel for Defendant was scheduled to fly to Baltimore at 2:00 p.m. on the afternoon of September 11. As a result of the unfortunate events in New York that day, however, counsel for Defendant was unable to fly and, in addition, the EEOC's offices in Baltimore were closed. The parties have rescheduled the depositions for October 15 and 16, 2001, which are the earliest two dates all interested participants are available. As a result, the parties have agreed the discovery period may be extended through and including October 19, 2001. Because it will take approximately two weeks to receive the deposition transcripts, the parties also agree that dispositive motions must be filed on or before November 27, 2001. The parties request an order from the court that is consistent with their agreement.

WHEREFORE, for the foregoing reasons, the court hereby

ORDERS that the discovery period shall be extended through October 19, 2001, and dispositive motions shall be filed no later than November 27, 2001.



*(signature)* 9/25/01
_____
Judge Marvin J. Garbis

Consented to:

*(signature)*
_____
Debra M. Lawrence, Esq.
Equal Employment Opportunity Commission
3rd Floor
10 S. Howard Street
Baltimore, MD 21201
T: (410) 962-4349

ATTORNEY FOR PLAINTIFF

*(signature)*
_____
C. Todd Van Dyke
Jackson, Lewis, Schnitzler & Krupman
1900 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, GA 30303
T: (404) 525-8200

ATTORNEYS FOR DEFENDANTS