FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

2003 FEB -3  P 2: 56

AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION |
| v. | § | FILE NO. MJG-98-3246 |
| | § | |
| BROWNING-FERRIS, INC., | § | |
| | § | |
| Defendant. | § | |

## CONSENT ORDER

On October 8, 2002, after a teleconference with the parties, the Court ordered that all motions in limine, requested voir dire questions, a neutral summary of the case, and jury instructions be filed by February 3, 2003. The parties are currently involved in settlement negotiations and believe they will know within one week whether the case will be settled. During that time period, the parties respectfully request they not be required to incur the time and costs associated with preparing the foregoing pleadings.

WHEREFORE, for the foregoing reasons, it is ORDERED that the parties have through and including February 10, 2003 to file motions in limine, voir dire questions, a neutral summary of the case, and requested jury instructions.

_____
Judge Marvin J. Garbis

Consented to:

_____   _____
Debra M. Lawrence (TVD w/express   C. Todd Van Dyke
Equal Employment Opportunity Commission   permission)
3rd Floor                          Jackson Lewis LLP
10 S. Howard Street                1900 Marquis One Tower
Baltimore, MD 21201                245 Peachtree Center Avenue
T: (410) 962-4349                  Atlanta, GA 30303
                                   T: (404) 525-8200

ATTORNEY FOR PLAINTIFF             ATTORNEYS FOR DEFENDANT

